UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| LABREE A PARR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:26-CV-00014 |
| | § | |
| JOHNSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM AND RECOMMENDATION TO DISMISS
### CASE FOR FAILURE TO PROSECUTE

Plaintiff filed this prisoner Civil Rights complaint pursuant to 42 U.S.C. § 1983 on February 17, 2026. (D.E. 1). Plaintiff also filed a Motion to Proceed *In Forma Pauperis* but he did not submit a prisoner trust fund account statement. (D.E. 2). The U.S. District Clerk notified Plaintiff his pleading was deficient for failure to pay the filing fee or, alternatively, for failing to file an application for leave to proceed *in forma pauperis*. (D.E. 5). Plaintiff was directed to either pay the filing fee or submit the required *in forma pauperis* documents no later than March 30, 2026, and was warned that failure to comply may result in dismissal for want of prosecution. Fed. R. Civ. P. 41(b).

Plaintiff did not comply as he did not submit an account statement. Accordingly, the undersigned ordered Plaintiff to either remit the required filing fee or to submit an application to proceed *in forma pauperis* AND a copy of his trust fund account statement

1 / 3

on or before April 21, 2026.  (D.E. 6).  Plaintiff was again warned that failure to comply may result in dismissal for want of prosecution.  Plaintiff has failed to comply.

Therefore, it is respectfully recommended that this case be **DISMISSED** pursuant to Fed.R.Civ.P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (Holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).  If Plaintiff complies with the Court's previous order and submits the account statement as ordered within 14 days of this M & R, the undersigned will withdraw the M & R.

ORDERED on April 29, 2026.

Jason B. Libby
United States Magistrate Judge

<u>NOTICE TO PARTIES</u>

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.  *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).